**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00826-GPG

JEFFREY FOOS,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Jeffrey Foos, is in the custody of the Colorado Department of Corrections, currently incarcerated at the Limon Correctional Facility in Limon, Colorado. On April 11, 2016, Mr. Foos sent a Letter to the Court (ECF No. 1) and this civil rights action was initiated.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X    is not submitted
(2)  __    is missing affidavit
(3)  X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __    is missing certificate showing current balance in prison account
(5)  __    is missing required financial information
(6)  X    is missing authorization to calculate and disburse filing fee payments
(7)  X    is missing an original signature by the prisoner
(8)  __    is not on proper form

(9) __  names in caption do not match names in caption of complaint, petition or habeas application
(10) __  other: In the alternative, Plaintiff may pay the $400.00 filing fee.

**Complaint, Petition or Application**:
(11) _X_  is not submitted
(12) _X_  is not on proper form
(13) _X_  is missing an original signature by the prisoner
(14) __  is missing page nos.
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_  other: No Defendants are named and no claims are asserted.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff shall use the court-approved forms in curing the deficiencies noted. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 12, 2016, at Denver, Colorado.

BY THE COURT:
s/ Gordon P. Gallagher
United States Magistrate Judge